UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANDREW FLORES, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF NEW YORK, et al, <br><br> Defendants. | 24-CV-2969 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On September 3, 2024, the Court received a letter from Plaintiff, dated August 21, 2024, requesting leave to file an amended complaint. *See* ECF 13.  Plaintiff's proposed amended complaint again names John Doe as a defendant. *Id.*  On August 23, 2024, the Court ordered the Attorney General's Office, pursuant to the Court's May 1, 2024 Order of Service, to ascertain the identity of Defendant John Doe and to provide Plaintiff with his badge number and an address where he may be served no later than September 6, 2024. *See* ECF 12.  The Attorney General's Office provided that information on September 6, 2024. *See* ECF 14.  Accordingly, Plaintiff's request for leave to file an amended complaint is denied without prejudice so he can amend the complaint with the real name of Officer John Doe.  As set forth in the Court's May 1, 2024 Order of Service, Plaintiff shall have 30 days after receiving the Attorney General's Office's September 6, 2024 letter to file an amended complaint, or until October 11, 2024.  Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the address for the newly named defendant and deliver all documents necessary to effect service to the U.S. Marshals Service.

Additionally, the Court grants the Attorney General's Office's application to email Defendant Montigny's last known home address to the Court pursuant to the Court's Individual Rules of Practice.

SO ORDERED.

Dated:      September 11, 2024
            New York, New York

_____
Ronnie Abrams
United States District Judge