**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JOHN ANDREW FLORES,                             :
                              Plaintiff,        :
                                                :       24-CV-2969 (RA) (OTW)
              -against-                         :
                                                :       ORDER
STEVEN MONTIGNY and ALDEN KING,                 :
                                                :
                              Defendants.       :
                                                :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff's request for an extension of time to serve Defendant Montigny is **GRANTED**. The deadline for the U.S. Marshals Service to effect service upon Defendant Montigny is extended to **Wednesday, July 2, 2025**.

It appears that the U.S. Marshals Service has thus far been unable to serve Defendant Montigny, despite three attempts to serve him personally at a home address provided by the New York Office of the Attorney General, and an attempt to effectuate service by mail. (*See* ECF Nos. 14, 31). The Court is concerned that Defendant Montigny is attempting to evade service. Accordingly, the New York Office of the Attorney General is directed to respond to Plaintiff's submission at ECF 38 by **Wednesday, May 14, 2025**.

The Clerk of Court is directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: New York, New York
       May 6, 2025

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge