**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JOHN ANDREW FLORES,

                Plaintiff,

                -against-                             24-CV-2969 (RA) (OTW)

STEVEN MONTIGNY and ALDEN KING,        **ORDER**

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

An initial case management conference was held in this action on July 1, 2025. As discussed on the record at the conference, the parties are directed to file a joint status letter on the last business Friday of each month, beginning **Friday, July 25, 2025**.

At the July 1 Conference, Plaintiff indicated that he may imminently be getting counsel. (*See* ECF 51 at 2:20–3:9). To date, no notice of appearance has been filed on the Docket on Plaintiff's behalf. If no notice of appearance has been filed by Friday, August 29, 2025, the parties should inform the Court in their August joint status letter whether Plaintiff still intends to retain counsel or proceed *pro se*.

The Clerk of Court is directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

                                                                 *s/ Ona T. Wang*

Dated: New York, New York                                        **Ona T. Wang**
      July 18, 2025                                            United States Magistrate Judge