**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JOHN ANDREW FLORES,                     :

                              Plaintiff,       :

                                                :          24-CV-2969 (RA) (OTW)
            -against-                            :

                                                :          **ORDER**
STEVEN MONTIGNY and ALDEN KING,          :

                              Defendants.       :

                                                :
------------------------------------------------------------x

   **ONA T. WANG, United States Magistrate Judge:**

   The Court held a status conference in this matter on June 30, 2026. For the reasons

discussed at the conference, the fact discovery deadline is **EXTENDED** to **October 30, 2026**, and

the expert discovery deadline is **EXTENDED** to **November 30, 2026**. No further extensions will

be granted without good cause shown.

   Plaintiff is **ORDERED** to produce the medical release authorizations requested by

Defendants by **July 10, 2026**. It is **FURTHER ORDERED** that parties shall meet and confer on the

issue of obtaining Plaintiff's phone records. If an agreement cannot be reached, Defendants

shall file a motion to compel by **July 10, 2026**. Plaintiff's opposition will be due **July 14, 2026**.

   The parties are directed to continue to file joint status letters on the last business Friday

of each month.

   **SO ORDERED.**

                                                        _/s/  Ona T. Wang_____
Dated: July 2, 2026                                      **Ona T. Wang**
       New York, New York                                United States Magistrate Judge