# LAW OFFICE OF MICHAEL H. JOSEPH, P.L.L.C.
## 203 East Post Road
## White Plains, New York 10601

Members:
Michael H. Joseph, Esq.

Associates:
John V. Tait, Esq.

**Tel: (914) 574-8330**
**Fax: (855) 848-7441**
E-Mail: Michael@newyorktriallawyers.org
Websites: www.newyorktriallawyers.org

Of Counsel:
Clifford S. Nelson, Esq.


July 10, 2026

**VIA EFILE**
Honorable Ona T. Wang,
U.S.M.J. United States
Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re: Flores v. Mentigny, et al.
Docket No.: 1:24-cv-02969

Dear Judge Wang:

Please allow this letter to confirm that the Defendant Montingy has agreed to withdraw the subpoena issued to JPAY, without prejudice to reissue a narrower subpoena with agreed upon search terms.

Accordingly Plaintiff hereby withdraws his motion to quash. We thank the Court for its consideration.

Based on counsel's representation that his motion to quash Defendants' subpoena to JPAY is withdrawn, ECF 85 is **DENIED AS MOOT**. The Clerk of Court is respectfully directed to close ECF Nos. 85 and 86.

**SO ORDERED.**

Ona T. Wang July 10, 2026
U.S.M.J.

Very truly yours,

Michael H. Joseph, Esq.

C: All Parties, Via Efile